Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>   Plaintiff,<br><br>   vs.<br><br>ME-N-ED'S PIZZERIA, INC.; CLOVIS & KINGS, L.P., et al.,<br><br>   Defendants. | No. 1:11-CV-00163-OWW-DLB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ME-N-ED'S PIZZERIAS, INC. <u>ONLY</u>; ORDER** |

   WHEREAS, Defendant Me-N-Ed's Pizzerias, Inc. ("Defendant") has not filed an answer or motion for summary judgment in this matter;

   WHEREAS, Plaintiff and Defendant have settled the matter;

   WHEREAS, no counterclaim has been filed in this action;

   Plaintiff hereby respectfully requests that Defendant be dismissed with prejudice from this action pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

 Date: April 27, 2011            MOORE LAW FIRM, P.C.



                                 /s/Tanya E. Moore
                                 Tanya E. Moore
                                 Attorneys for Plaintiff

*Gutierrez v. Me-N-Ed's Pizzerias, Inc., et al.*
Notice of Voluntary Dismissal

Page 1

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

Good cause appearing,

**IT IS HEREBY ORDERED** that <u>only</u> Defendant <u>Me-N-Ed's Pizzerias, Inc.</u> be dismissed with prejudice from this action.

**IT IS SO ORDERED.**

Dated: <u>March 31, 2011</u>                <u>/s/ OLIVER W. WANGER</u>
                                            United States District Court Judge