1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile  (408) 298-6046
4
   Attorneys for Plaintiff
5  Natividad Gutierrez

6

7

8                          **UNITED STATES DISTRICT COURT**

9                          **EASTERN DISTRICT OF CALIFORNIA**

10

11 NATIVIDAD GUTIERREZ,              )   No. 1:11-CV-00163-OWW-DLB
                                     )
12         Plaintiff,                )   **STIPULATION TO CONTINUE**
                                     )   **MANDATORY SCHEDULING**
13    vs.                            )   **CONFERENCE; [PROPOSED] ORDER**
                                     )
14 ME-N-ED'S PIZZERIA, INC.; CLOVIS &)
   KINGS, L.P.,                      )
15                                   )
                                     )
16         Defendants.                )
                                     )
17

18         **WHEREAS**, Plaintiff's counsel will be unavailable from July 6, 2011 through August 3,
19 2011, and counsel for Defendant Clovis & Kings, L.P. (the remaining defendant) is unavailable
20 from August 15, 2011 through August 22, 2011;

21         **WHEREAS**, the Mandatory Scheduling Conference is currently set for July 27, 2011
22 during Plaintiff's counsel's absence;

23         **IT IS HEREBY STIPULATED** by and between the remaining Parties hereto, by and
24 through their respective counsel, that the Mandatory Scheduling Conference in this matter be
25 continued to September 15, 2011.

26 Dated: July 15, 2011                          MOORE LAW FIRM, P.C.

27

28                                               /s/ Tanya E. Moore
                                                 Tanya E. Moore
                                                 Attorneys for Plaintiff Natividad Gutierrez

Stipulation to Continue Mandatory Scheduling Conference
Page 1

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated: July 15, 2011 | LAW OFFICES OF BRAD S. SURRIES |

/s/ Brad S. Sures
Brad S. Sures, Attorney for Defendant
Clovis & Kings, L.P., a California Limited
Partnership

## ORDER

The parties having so stipulated and good cause appearing therefor,

IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for July 27, 2011 be continued to September 15, 2011 at 8:15 A.M. in Courtroom 3 before the Honorable Oliver W. Wanger. A joint scheduling report shall be filed no later than seven (7) days prior to the conference.

**IT IS SO ORDERED**.

Dated:_July 15, 2011_          /s/ OLIVER W. WANGER__
                               United States District Court Judge

Stipulation to Continue Mandatory Scheduling Conference
Page 2

PDF created with pdfFactory trial version www.pdffactory.com