K. Randolph Moore, SBN 106933
Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Natividad Gutierrez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIVIDAD GUTIERREZ,<br><br>  Plaintiff,<br><br>  vs.<br><br>ME-N-ED'S PIZZERIAS, et al.,<br><br>  Defendants. | No. 1:11-CV-00163-BAM<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ACTION** |

IT IS HEREBY STIPULATED by and between Plaintiff Natividad Gutierrez and Defendant Clovis & Kings, L.P., the remaining party to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety.

Date: October 9, 2012                            MOORE LAW FIRM, P.C.


                                                 /s/Tanya E. Moore
                                                 Tanya E. Moore
                                                 Attorney for Plaintiff Natividad Gutierrez

///

///
Date: October 9, 2012                            LAW OFFICE OF BRAD S. SURES



Page 1

/s/ Brad S. Sures
Brad S. Sures
Attorney for Defendant Clovis & Kings, L.P.

## **ORDER**

Pursuant to the stipulation of dismissal filed on October 3, 2012 by Plaintiff Natividad Gutierrez, this action is DISMISSED with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.  The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **October 9, 2012**              /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE